# DAVID J. DOYAGA

ATTORNEYS AT LAW
SUITE 1601
26 COURT STREET
BROOKLYN, NEW YORK 11242
(718) 488-7500

November 20, 2020

ECF FILING

Re:  Jeremias Olivo  Case No. 19-16337-AMC

I withdraw the proof of claim I filed on behalf of Nationwide TFS, LLC for the above-referenced Debtor.
Thank you.

Very truly yours,

S/David J. Doyaga, Sr.
David J. Doyaga, Sr.