# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>JEREMIAS OLIVO | Case No. 19-16337-amc |
| Debtor | |
| FREEDOM MORTGAGE CORPORATION,<br>Movant | Chapter 13 |
| vs.<br>JEREMIAS OLIVO<br>Aka Jeremias Olivo-Gomez | 11 U.S.C. §362 |
| Respondents | |

**ORDER**

      **AND NOW**, this _____ day of _____, 2021, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: June 11, 2021**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge