### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JEREMIAS OLIVO | : | |
| | : | |
| DEBTOR | : | CASE NO:   19-16337-AMC |

### ORDER APPROVING MOTION TO MODIFY
### CHAPTER 13 PLAN POST-CONFIRMATION

AND NOW, this _____ day of _____ 2021, in consideration of the foregoing Motion to Modify Debtor's Chapter 13 Plan Post-Confirmation it is

ORDERED and DECREED that Debtor's Chapter 13 Plan may be amended post-confirmation pursuant to 11 U.S.C. Section 1329.

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE

**Date: June 15, 2021**

cc:   Stephen M. Dunne, Esq.
      1515 Market Street, Suite 1200
      Philadelphia, PA 19102

      Jeremias Olivo
      2854 Lardner Street
      Philadelphia, PA 19149