# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-16337-AMC

    JEREMIAS  OLIVO

    2854 LARDNER STREET

    PHILADELPHIA, PA 19149-

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JEREMIAS  OLIVO

    2854 LARDNER STREET

    PHILADELPHIA, PA 19149-

Counsel for debtor(s), by electronic notice only.

    STEPHEN MATTHEW DUNNE
    1515 MARKET ST
    SUITE 1200
    PHILA, PA 19102-

        /S/ Kenneth E. West

Date: 6/14/2022        _____

        Kenneth E. West, Esquire
        Chapter 13 Standing Trustee