United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-16337-amc
Jeremias Olivo     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Sep 13, 2022     Form ID: pdf900     Total Noticed: 41

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremias Olivo, 2854 Lardner Street, Philadelphia, PA 19149-3516 |
| cr | + | FREEDOM MORTGAGE CORPORATION, c/o ROBERT J. DAVIDOW, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14402438 | + | AUTO USE, 45 HAVERHILL ST, ANDOVER, MA 01810-1499 |
| 14402437 | + | AUTO USE, ATTN: BANKRUPTCY, 45 HAVERHILL ST, ANDOVER, MA 01810-1499 |
| 14466197 | + | Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14409132 | | FREEDOM MORTGAGE CORPORATION, C/O Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14555083 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14600959 | + | Freedom Mortgage, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14429597 | + | Jefferson Health System-Hospital, c/o Tabas & Rosen, PC, 1601 Market Street, Suite 2300, Philadelphia, PA 19103-2306 |
| 14402457 | | Judicial District of Pennsylvania, Philadelphia City Hall Room 370, Philadelphia, PA 19107 |
| 14558383 | + | Nationwide TFS,LLC, Patrick K. Schaefer, Founder & Chief Executive, 500 North Broadway, Suite 240, Jericho, NY 11753-2111 |
| 14402460 | + | Phelan Hallinan & Schmieg, LLP, 1617 JFK BLVD., Suite 1400, Philadelphia, PA 19103-1814 |
| 14402461 | | Philadelphia Court of Common Pleas, Philadelphia City Hall, Philadelphia, PA 19107 |
| 14402468 | + | UNITED AUTO CREDIT CO, 3990 WESTERLEY PLACE, NEWPORT BEACH, CA 92660-2310 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 14 2022 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14402436 | + | Email/Text: bankruptcynotices@aarons.com | Sep 14 2022 00:18:00 | AARON'S SALES & LEASE, 309 E PACES FERRY, ATLANTA, GA 30305-2367 |
| 14402435 | + | Email/Text: bankruptcynotices@aarons.com | Sep 14 2022 00:18:00 | AARON'S SALES & LEASE, ATTN: BANKRUPTCY, PO BOX 100039, KENNESAW, GA 30156-9239 |
| 14402439 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 14 2022 00:17:00 | CAINE & WEINER, ATTN: BANKRUPTCY, 5805 SEPULVEDA BLVD, SHERMAN OAKS, CA 91411-2546 |
| 14402441 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 14 2022 00:17:00 | CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 14483530 | | Email/Text: megan.harper@phila.gov | Sep 14 2022 00:18:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14402443 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 14 2022 00:18:00 | CONVERGENT OUTSOURCING, INC., ATTN: BANKRUPTCY, PO BOX 9004, RENTON, WA |

Case 19-16337-amc    Doc 86    Filed 09/15/22    Entered 09/16/22 00:34:04    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: pdf900 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | 98057-9004 |
| 14402444 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 14 2022 00:18:00 | CONVERGENT OUTSOURCING, INC., PO BOX 9004, RENTON, WA 98057-9004 |
| 14402445 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 14 2022 00:18:00 | CREDIT COLLECTION SERVICES, ATTN: BANKRUPTCY, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 14402446 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 14 2022 00:18:00 | CREDIT COLLECTION SERVICES, PO BOX 607, NORWOOD, MA 02062-0607 |
| 14402447 | + | Email/Text: bncnotifications@pheaa.org | Sep 14 2022 00:17:00 | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14402449 | + | Email/Text: bncnotifications@pheaa.org | Sep 14 2022 00:17:00 | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14402451 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Sep 14 2022 00:17:00 | FIRST PROGRESS, ATTN: BANKRUPTCY, PO BOX 9053, JOHNSON CITY, TN 37615-9053 |
| 14437096 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 14 2022 00:17:00 | FREEDOM MORTGAGE CORPORATION, Attn: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14402453 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 14 2022 00:17:00 | FREEDOM MORTGAGE CORPORATION, ATTN: BANKRUPTCY, 907 PLEASANT VALLEY AVE, STE 3, MT LAUREL, NJ 08054-1210 |
| 14402454 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 14 2022 00:17:00 | FREEDOM MORTGAGE CORPORATION, 10500 KINCAID DR, FISHERS, IN 46037-9764 |
| 14600960 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 14 2022 00:17:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14402456 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2022 00:18:00 | JEFFERSON CAPITAL SYSTEMS, LLC, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 14402455 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2022 00:18:00 | JEFFERSON CAPITAL SYSTEMS, LLC, PO BOX 1999, SAINT CLOUD, MN 56302 |
| 14402458 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 14 2022 00:17:00 | LOAN CARE SERVICING, ATTN: CONSUMER SOLUTIONS DEPT, PO BOX 8068, VIRGINIA BEACH, VA 23450-8068 |
| 14402459 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 14 2022 00:17:00 | LOAN CARE SERVICING, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 14407956 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2022 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14402462 | + | Email/Text: megan.harper@phila.gov | Sep 14 2022 00:18:00 | Philadelphia Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA 19102-1504 |
| 14402465 | + | Email/Text: EDBKNotices@ecmc.org | Sep 14 2022 00:17:00 | U.S. DEPARTMENT OF EDUCATION, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 14402463 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 14 2022 00:17:00 | U.S. DEPARTMENT OF EDUCATION, ECMC/BANKRUPTCY, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| 14402467 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Sep 14 2022 00:17:00 | UNITED AUTO CREDIT CO, ATTN: BANKRUPTCY, PO BOX 163049, FORT WORTH, TX 76161-3049 |
| 14410646 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Sep 14 2022 00:17:00 | United Auto Credit Corporation, P.O. Box 163049, Fort Worth, TX 76161-3049 |

TOTAL: 27

# BYPASSED RECIPIENTS

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 13, 2022 | Form ID: pdf900 | Total Noticed: 41

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14402440 | *+ | CAINE & WEINER, ATTN: BANKRUPTCY, 5805 SEPULVEDA BLVD, SHERMAN OAKS, CA 91411-2546 |
| 14402442 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 14402448 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14402450 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14429598 | *+ | Jefferson Health System-Hospital, c/o Tabas & Rosen, PC, 1601 Market Street Suite 2300, Philadelphia, PA 19103-2306 |
| 14402466 | *+ | U.S. DEPARTMENT OF EDUCATION, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 14402464 | *+ | U.S. DEPARTMENT OF EDUCATION, ECMC/BANKRUPTCY, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| 14402452 | ##+ | FIRST PROGRESS, P.O. BOX 84010, COLUMBUS, GA 31908-4010 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| David J Doyaga, Sr | on behalf of Creditor Nationwide TFS  LLC david.doyaga.sr@gmail.com, cathy@doyagalawfirm.com |
| JEROME B. BLANK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@avallonelaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Jeremias Olivo bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| JEREMIAS OLIVO | |
| Debtor | Bankruptcy No. 19-16337-AMC |

# O R D E R

    **AND NOW**, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: September 13, 2022

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

Debtor:
JEREMIAS OLIVO

2854 LARDNER STREET

PHILADELPHIA, PA 19149-