UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| IN RE: | CASE NO: 19-16337-amc |
|---|---|
| JEREMIAS OLIVO | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 88 |

On 9/27/2022, I did cause a copy of the following documents, described below,

Motion to Vacate Dismissal with Notice and Proposed Order ECF Docket Reference No. 88

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/27/2022

/s/ Stephen M. Dunne
Stephen M. Dunne  208838

Dunne Law Offices, PC
1515 Market Street, Suite 1200
Philadelphia, PA  19102
215 551 7109
stephen@dunnelawoffices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 19-16337-amc |
| JEREMIAS OLIVO | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. 88 |

On 9/27/2022, a copy of the following documents, described below,

Motion to Vacate Dismissal with Notice and Proposed Order ECF Docket Reference No. 88

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/27/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Stephen M. Dunne
Dunne Law Offices, PC
1515 Market Street, Suite 1200
Philadelphia, PA  19102

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL, NCRS ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)"
CASE INFO                                                                                                  EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING        FREEDOM MORTGAGE CORPORATION                                       (U)NATIONWIDE TFS LLC
NCRS ADDRESS DOWNLOAD                   CO ROBERT J DAVIDOW
CASE 19-16337-AMC                       1617 JFK BOULEVARD  SUITE 1400
EASTERN DISTRICT OF PENNSYLVANIA        PHILADELPHIA  PA 19103-1814
TUE SEP 27 7-55-30 PST 2022


                                        EXCLUDE
UNITED STATES TRUSTEE                   PHILADELPHIA                                AARONS SALES  LEASE
OFFICE OF THE US TRUSTEE                900 MARKET STREET                           309 E PACES FERRY
ROBERT NC NIX FEDERAL BUILDING          SUITE 400                                   ATLANTA  GA 30305-2367
SUITE 300                               PHILADELPHIA  PA 19107-4233
PHILADELPHIA  PA 19107



AARONS SALES  LEASE                     AUTO USE                                    AUTO USE
ATTN BANKRUPTCY                         45 HAVERHILL ST                             ATTN BANKRUPTCY
PO BOX 100039                           ANDOVER  MA 01810-1499                      45 HAVERHILL ST
KENNESAW  GA 30156-9239                                                             ANDOVER  MA 01810-1499



CAINE  WEINER                           (P)CAINE  WEINER COMPANY                    CONVERGENT OUTSOURCING  INC
ATTN BANKRUPTCY                         12005 FORD ROAD 300                         ATTN BANKRUPTCY
5805 SEPULVEDA BLVD                     DALLAS TX 75234-7262                        PO BOX 9004
SHERMAN OAKS  CA 91411-2546                                                         RENTON  WA 98057-9004



CONVERGENT OUTSOURCING  INC             CREDIT COLLECTION SERVICES                  CREDIT COLLECTION SERVICES
PO BOX 9004                             ATTN BANKRUPTCY                             PO BOX 607
RENTON  WA 98057-9004                   725 CANTON ST                               NORWOOD  MA 02062-0607
                                        NORWOOD  MA 02062-2679



DUNNE LAW OFFICES  PC                   FEDLOAN SERVICING                           FEDLOAN SERVICING
1515 MARKET STREET SUITE 1200           ATTN BANKRUPTCY                             POB 60610
PHILADELPHIA  PA 19102-1932             PO BOX 69184                                HARRISBURG  PA 17106-0610
                                        HARRISBURG  PA 17106-9184



FIRST PROGRESS                          FIRST PROGRESS                              FREEDOM MORTGAGE CORPORATION
ATTN BANKRUPTCY                         PO BOX 84010                                10500 KINCAID DR
PO BOX 9053                             COLUMBUS  GA 31908-4010                     FISHERS  IN 46037-9764
JOHNSON CITY  TN 37615-9053



FREEDOM MORTGAGE CORPORATION            FREEDOM MORTGAGE CORPORATION                FREEDOM MORTGAGE CORPORATION
ATTN BANKRUPTCY                         ATTN BANKRUPTCY DEPARTMENT                  CO REBECCA A SOLARZ  ESQ
907 PLEASANT VALLEY AVE  STE 3          10500 KINCAID DRIVE                         701 MARKET STREET SUITE 5000
MT LAUREL  NJ 08054-1210                FISHERS IN 46037-9764                       PHILADELPHIA  PA 19106-1541



FREEDOM MORTGAGE CORPORATION            FREEDOM MORTGAGE                            FREEDOM MORTGAGE
CO ROBERT J DAVIDOW  ESQ                10500 KINCAID DRIVE                         CO ANDREW SPIVACK
1617 JFK BOULEVARD  SUITE 1400          FISHERS  INDIANA 46037-9764                 BROCK AND SCOTT  PLLC
ONE PENN CENTER PLAZA                                                               ATTORNEYS AT LAW
PHILADELPHIA  PA 19103                                                              302 FELLOWSHIP ROAD  SUITE 130
                                                                                    MOUNT LAUREL  NJ 08054-1218
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL. CM/ECF ELECTRONIC ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF ELECTRONIC NOTICE RECEIPT" RECEIVED NOTICE THROUGH THE CM/ECF SYSTEM

```
(P)JEFFERSON CAPITAL SYSTEMS LLC        JEFFERSON CAPITAL SYSTEMS   LLC        JEFFERSON HEALTH SYSTEMHOSPITAL
PO BOX 7999                             PO BOX 1999                             CO TABAS  ROSEN  PC
SAINT CLOUD MN 56302-7999               SAINT CLOUD   MN 56302                  1601 MARKET STREET SUITE 2300
                                                                                PHILADELPHIA   PA 19103-2306


EXCLUDE
(D)JEFFERSON HEALTH SYSTEMHOSPITAL      JUDICIAL DISTRICT OF PENNSYLVANIA       LOAN CARE SERVICING
CO TABAS  ROSEN  PC                     PHILADELPHIA CITY HALL ROOM 370         3637 SENTARA WAY
1601 MARKET STREET  SUITE 2300          PHILADELPHIA   PA 19107                 VIRGINIA BEACH   VA 23452-4262
PHILADELPHIA   PA 19103-2306


LOAN CARE SERVICING                     NATIONWIDE TFS LLC                      PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN CONSUMER SOLUTIONS DEPT            PATRICK K SCHAEFER                      BANKRUPTCY DIVISION PO BOX 280946
PO BOX 8068                             FOUNDER  CHIEF EXECUTIVE                HARRISBURG   PA  17128-0946
VIRGINIA BEACH   VA 23450-8068          500 NORTH BROADWAY  SUITE 240
                                        JERICHO   NY 11753-2111


PHELAN HALLINAN  SCHMIEG  LLP           PHILADELPHIA COURT OF COMMON PLEAS      PHILADELPHIA LAW DEPARTMENT
1617 JFK BLVD  SUITE 1400               PHILADELPHIA CITY HALL                  1515 ARCH STREET
PHILADELPHIA   PA 19103-1814            PHILADELPHIA   PA 19107                 14TH FLOOR
                                                                                PHILADELPHIA   PA 19102-1504


US DEPARTMENT OF EDUCATION              US DEPARTMENT OF EDUCATION              UNITED AUTO CREDIT CO
ECMCBANKRUPTCY                          PO BOX 5609                             3990 WESTERLEY PLACE
PO BOX 16408                            GREENVILLE   TX 75403-5609              NEWPORT BEACH   CA 92660-2310
SAINT PAUL   MN 55116-0408


UNITED AUTO CREDIT CO                   UNITED AUTO CREDIT CORPORATION          (P)CITY OF PHILADELPHIA LAW DEPARTMENT
ATTN BANKRUPTCY                         PO BOX 163049                           MUNICIPAL SERVICES BUILDING
PO BOX 163049                           FORT WORTH  TX 76161-3049               1401 JOHN F KENNEDY BLVD 5TH FLOOR
FORT WORTH   TX 76161-3049                                                      PHILADELPHIA PA 19102-1617


DEBTOR
JEREMIAS OLIVO                          KENNETH E WEST                          STEPHEN MATTHEW DUNNE
2854 LARDNER STREET                     OFFICE OF THE CHAPTER 13 STANDING       DUNNE LAW OFFICES  PC
PHILADELPHIA   PA 19149-3516            TRUSTE                                  1515 MARKET STREET
                                        1234 MARKET STREET - SUITE 1813         SUITE 1200
                                        PHILADELPHIA   PA 19107-3704            PHILADELPHIA   PA 19102-1932
```

ADDRESSES MANUALLY SERVED: ADDITIONAL PARTIES SERVED VIA U.S. MAIL SERVICE THROUGH UNITED STATES BANKRUPTCY
COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

| | | |
|---|---|---|
| (Trustee)<br>KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107<br><br>ecfemails@ph13trustee.com | (U.S. Trustee)<br>United States Trustee<br>Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 300<br>Philadelphia, PA 19107<br><br>USTPRegion03.PH.ECF@usdoj.gov | (Debtor)<br>Jeremias Olivo<br>2854 Lardner Street<br>Philadelphia, PA 19149<br>represented by:<br>STEPHEN MATTHEW DUNNE<br>Dunne Law Offices, P.C.<br>1515 Market Street<br>Suite 1200<br>Philadelphia, PA 19102 U.S.A.<br><br>bestcasestephen@gmail.com |
| (Creditor)<br>Nationwide TFS, LLC<br>represented by:<br>David J Doyaga, Sr<br>David J. Doyaga<br>26 Court Street<br>Room 1601<br>Brooklyn, NY 11242<br><br>david.doyaga.sr@gmail.com | (Trustee)<br>WILLIAM C. MILLER, Esq.<br>Office of the Chapter 13 Standing Trustee<br>P.O. Box 40837<br>Philadelphia, PA 19107<br>represented by:<br>WILLIAM C. MILLER, Esq.<br>Office of the Chapter 13 Standing Trustee<br>P.O. Box 40837<br>Philadelphia, PA 19107<br><br>ecfemails@ph13trustee.com | REBECCA ANN SOLARZ<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br><br>bkgroup@kmllawgroup.com |
| ATTORNEY TO BE NOTICED<br>ANDREW L. SPIVACK<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054<br><br>andrew.spivack@brockandscott.com | BRIAN CRAIG NICHOLAS<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br><br>bnicholas@kmllawgroup.com | MARIO J. HANYON<br>Brock & Scott, PLLC<br>302 Fellowship Road,<br>Ste 130<br>Mount Laurel, NJ 08054<br><br>wbecf@brockandscott.com |
| ROBERT J. DAVIDOW<br>Phelan, Hallinan, Diamond & Jones, PC<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103<br><br>robert.davidow@phelanhallinan.com | (Creditor)<br>FREEDOM MORTGAGE CORPORATION<br>c/o ROBERT J. DAVIDOW<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>represented by:<br>JEROME B. BLANK<br>Avallone Law Associates<br>215 South Broad Street, 5th Floor<br>Philadelphia, PA 19107<br><br>jblank@avallonelaw.com | |