# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :        CASE NO. 19-16337-amc
                                      :
JEREMIAS OLIVO                        :        CHAPTER 13

## ORDER

**AND NOW,** this            day of                    , 2022 upon consideration of Debtor's Motion for Reconsideration of the Order dated 9/13/2022, dismissing his chapter 13 case.

**ORDERED THAT**: the Order dated 9/23/2022 is hereby vacated; and it is further

**ORDERED THAT**: that the chapter 13 case is re-instated and the automatic stay is reimposed under 11 U.S.C. §362(d).

By the Court:

**Date: October 18, 2022**

_____

Hon. Ashely M. Chan

U.S. Bankruptcy Judge