United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jeremias Olivo  
    Debtor

Case No. 19-16337-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Oct 18, 2022 | Form ID: pdf900 | Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremias Olivo, 2854 Lardner Street, Philadelphia, PA 19149-3516 |
| cr | + | FREEDOM MORTGAGE CORPORATION, c/o ROBERT J. DAVIDOW, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14402438 | + | AUTO USE, 45 HAVERHILL ST, ANDOVER, MA 01810-1499 |
| 14402437 | + | AUTO USE, ATTN: BANKRUPTCY, 45 HAVERHILL ST, ANDOVER, MA 01810-1499 |
| 14466197 | + | Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14409132 | | FREEDOM MORTGAGE CORPORATION, C/O Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14555083 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14600959 | + | Freedom Mortgage, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14429597 | + | Jefferson Health System-Hospital, c/o Tabas & Rosen, PC, 1601 Market Street, Suite 2300, Philadelphia, PA 19103-2306 |
| 14402457 | | Judicial District of Pennsylvania, Philadelphia City Hall Room 370, Philadelphia, PA 19107 |
| 14558383 | + | Nationwide TFS,LLC, Patrick K. Schaefer, Founder & Chief Executive, 500 North Broadway, Suite 240, Jericho, NY 11753-2111 |
| 14402460 | + | Phelan Hallinan & Schmieg, LLP, 1617 JFK BLVD., Suite 1400, Philadelphia, PA 19103-1814 |
| 14402461 | | Philadelphia Court of Common Pleas, Philadelphia City Hall, Philadelphia, PA 19107 |
| 14402468 | + | UNITED AUTO CREDIT CO, 3990 WESTERLEY PLACE, NEWPORT BEACH, CA 92660-2310 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 19 2022 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14402436 | + | Email/Text: bankruptcynotices@aarons.com | Oct 19 2022 00:02:00 | AARON'S SALES & LEASE, 309 E PACES FERRY, ATLANTA, GA 30305-2367 |
| 14402435 | + | Email/Text: bankruptcynotices@aarons.com | Oct 19 2022 00:02:00 | AARON'S SALES & LEASE, ATTN: BANKRUPTCY, PO BOX 100039, KENNESAW, GA 30156-9239 |
| 14402439 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 19 2022 00:02:00 | CAINE & WEINER, ATTN: BANKRUPTCY, 5805 SEPULVEDA BLVD, SHERMAN OAKS, CA 91411-2546 |
| 14402441 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 19 2022 00:02:00 | CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 14483530 | | Email/Text: megan.harper@phila.gov | Oct 19 2022 00:02:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14402443 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 19 2022 00:02:00 | CONVERGENT OUTSOURCING, INC., ATTN: BANKRUPTCY, PO BOX 9004, RENTON, WA |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 98057-9004 |
| 14402444 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 19 2022 00:02:00 | CONVERGENT OUTSOURCING, INC., PO BOX 9004, RENTON, WA 98057-9004 |
| 14402445 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 19 2022 00:02:00 | CREDIT COLLECTION SERVICES, ATTN: BANKRUPTCY, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 14402446 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 19 2022 00:02:00 | CREDIT COLLECTION SERVICES, PO BOX 607, NORWOOD, MA 02062-0607 |
| 14402447 | + | Email/Text: bncnotifications@pheaa.org | Oct 19 2022 00:02:00 | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14402449 | + | Email/Text: bncnotifications@pheaa.org | Oct 19 2022 00:02:00 | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14402451 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Oct 19 2022 00:02:00 | FIRST PROGRESS, ATTN: BANKRUPTCY, PO BOX 9053, JOHNSON CITY, TN 37615-9053 |
| 14437096 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 19 2022 00:02:00 | FREEDOM MORTGAGE CORPORATION, Attn: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14402453 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 19 2022 00:02:00 | FREEDOM MORTGAGE CORPORATION, ATTN: BANKRUPTCY, 907 PLEASANT VALLEY AVE, STE 3, MT LAUREL, NJ 08054-1210 |
| 14402454 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 19 2022 00:02:00 | FREEDOM MORTGAGE CORPORATION, 10500 KINCAID DR, FISHERS, IN 46037-9764 |
| 14600960 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 19 2022 00:02:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14402456 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 19 2022 00:02:00 | JEFFERSON CAPITAL SYSTEMS, LLC, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 14402455 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 19 2022 00:02:00 | JEFFERSON CAPITAL SYSTEMS, LLC, PO BOX 1999, SAINT CLOUD, MN 56302 |
| 14402458 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 19 2022 00:02:00 | LOAN CARE SERVICING, ATTN: CONSUMER SOLUTIONS DEPT, PO BOX 8068, VIRGINIA BEACH, VA 23450-8068 |
| 14402459 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 19 2022 00:02:00 | LOAN CARE SERVICING, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 14407956 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2022 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14402462 | + | Email/Text: megan.harper@phila.gov | Oct 19 2022 00:02:00 | Philadelphia Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA 19102-1504 |
| 14402465 | + | Email/Text: EDBKNotices@ecmc.org | Oct 19 2022 00:02:00 | U.S. DEPARTMENT OF EDUCATION, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 14402463 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 19 2022 00:02:00 | U.S. DEPARTMENT OF EDUCATION, ECMC/BANKRUPTCY, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| 14402467 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Oct 19 2022 00:02:00 | UNITED AUTO CREDIT CO, ATTN: BANKRUPTCY, PO BOX 163049, FORT WORTH, TX 76161-3049 |
| 14410646 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Oct 19 2022 00:02:00 | United Auto Credit Corporation, P.O. Box 163049, Fort Worth, TX 76161-3049 |

TOTAL: 27

# BYPASSED RECIPIENTS

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: pdf900 | Total Noticed: 41 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14402440 | *+ | CAINE & WEINER, ATTN: BANKRUPTCY, 5805 SEPULVEDA BLVD, SHERMAN OAKS, CA 91411-2546 |
| 14402442 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 14402448 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14402450 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14429598 | *+ | Jefferson Health System-Hospital, c/o Tabas & Rosen, PC, 1601 Market Street Suite 2300, Philadelphia, PA 19103-2306 |
| 14402466 | *+ | U.S. DEPARTMENT OF EDUCATION, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 14402464 | *+ | U.S. DEPARTMENT OF EDUCATION, ECMC/BANKRUPTCY, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| 14402452 | ##+ | FIRST PROGRESS, P.O. BOX 84010, COLUMBUS, GA 31908-4010 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| David J Doyaga, Sr | on behalf of Creditor Nationwide TFS  LLC david.doyaga.sr@gmail.com, cathy@doyagalawfirm.com |
| JEROME B. BLANK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@avallonelaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| ROBERT J. DAVIDOW | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Jeremias Olivo bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-16337-amc |
| | : | |
| JEREMIAS OLIVO | : | CHAPTER 13 |

**ORDER**

     **AND NOW,** this _____ day of _____, 2022 upon consideration of Debtor's Motion for Reconsideration of the Order dated 9/13/2022, dismissing his chapter 13 case.

     **ORDERED THAT**: the Order dated 9/23/2022 is hereby vacated; and it is further

     **ORDERED THAT**: that the chapter 13 case is re-instated and the automatic stay is reimposed under 11 U.S.C. §362(d).

By the Court:

**Date: October 18, 2022**

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge