**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    **Chapter 13**
JEREMIAS  OLIVO

                         **Debtor**                       **Bankruptcy No.** 19-16337-AMC

# O R D E R

    **AND NOW**, this _____19th_____ day of _____September_____, 202_3_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
STEPHEN MATTHEW DUNNE, ESQ.
1515 MARKET ST
SUITE 1200
PHILADELPHIA,, PA 19102-

Debtor:
JEREMIAS  OLIVO

2854 LARDNER STREET

PHILADELPHIA, PA 19149-